■ GEORGE R. LOGAN, as Committee of HELEN L. POVLSEN, an Incompetent, Appellant, v. PRESBYTERIAN HOSPITAL IN THE CITY OF NEW YORK, Respondent.— In an action to recover damages for personal injury, plaintiff appeals from an order of the Supreme Court, Kings County, dated March 27, 1962, which granted defendant's motion to dismiss the complaint for lack of prosecution. Order affirmed, without costs (see *Keating* v. *Smith*, 20 A D 2d 141). Kleinfeld, Acting P. J., Christ, Brennan, Hill and Rabin, JJ., concur.